# EXHIBIT A

# STATE OF NORTH CAROLINA

_____Durham_____ County

File No.

25CV010777-310

In The General Court Of Justice
☐ District  ☒ Superior Court Division

*Name Of Plaintiff*
Christopher Todd Sanders, Executor

*Address*
110 Wenonah Way

*City, State, Zip*
Durham                    NC      27713

### **VERSUS**

*Name Of Defendant(s)*
LoanDepot.com, LLC

c-o Registered Agent Solutions, LLC

555 Capital Mall, Suite 1150
Sacramento, CA 95814

## **CIVIL SUMMONS**
☒ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

**To Each Of The Defendant(s) Named Below:**

| *Name And Address Of Defendant 1* | *Name And Address Of Defendant 2* |
|---|---|
| LoanDepot.com, LLC<br>Attn: Randi Enison (renison@loandepot.com<br>6561 Irvine Center Dr.<br>Irvine, CA 92618 | |

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1.  Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2.  File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)* | *Date Issued* 2/20/2026 | *Time* 8:05:09 am ☐ AM ☐ PM |
|---|---|---|
| 110 Wenonah Way<br>Durham, NC 27713 | *Signature* /s/ George McQueen | |
| | ☒ *Deputy CSC*   ☐ *Assistant CSC*   ☐ *Clerk Of Superior Court* | |

| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time* ☐ AM ☐ PM |
|---|---|---|
| | *Signature* | |
| | ☐ *Deputy CSC*   ☐ *Assistant CSC*   ☐ *Clerk Of Superior Court* | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 1.<br>☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 2.<br>☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid<br>$ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
DURHAM COUNTY

---

## COMPLAINT

Christopher Todd Sanders, Executor
**Plaintiff,**

v. Civil Action No._____

LoanDepot, Inc.,
LoanDepot.com, LLC,
**Defendant.**

---

## NATURE OF THE ACTION

1. This is a civil action brought pursuant to **N.C. Gen. Stat. § 75-1.1 (Unfair and Deceptive Trade Practices Act)**, the **Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2605**, and the **Truth in Lending Act (TILA), 15 U.S.C. § 1601**, for unlawful, deceptive, and fraudulent mortgage servicing practices.

2. Defendant has **illegally accepted and misapplied mortgage payments**, failed to credit payments properly, returned bank checks, and created a false delinquency leading to potential foreclosure proceedings against property lawfully owned by the Estate of Florine Sanders.

3. Plaintiff seeks **injunctive relief** to stop foreclosure, **monetary damages**, **judicial remedies** to ensure payments already submitted are properly credited and property does not go into foreclosure status.

---

## PARTIES

4. Plaintiff, **Christopher Todd Sanders**, is the duly appointed **Executor of the Estate of Florine Sanders (decedent)**, as evidenced by **Letters Testamentary** issued by the Clerk of Superior Court of Durham County.

5. Defendant is a licensed mortgage servicer subject to regulation by the **North Carolina Office of the Commissioner of Banks (NCCOB)** and federal oversight by the **Consumer Financial Protection Bureau (CFPB)**.

## FACTUAL ALLEGATIONS

6. On or about **April 14, 2025**, Florine Sanders, the original borrower, passed away.

7. Plaintiff promptly notified Defendant, provided **Death Certificate, Executor's Letter of Testamentary, and Driver's License** in compliance with **N.C. Gen. Stat. § 28A-13-3** (authority of executor to manage estate property).

8. Despite notice, Defendant **refused to properly recognize Plaintiff's authority** and has **repeatedly rejected or failed to apply mortgage payments** tendered via **bank checks and personal checks (9-1-2025, identified it is the Defendants internal policy to not accept partial payments in order to bring mortgage up-to-date).**

9. Defendant falsely reported payments as "unreceived" even when Plaintiff can demonstrate bank clearance, returned  and delivery, constituting **fraudulent accounting and misapplication of funds**.

10. LoanDepot's actions violate:

- **RESPA, 12 U.S.C. § 2605(e):** Failure to properly respond to qualified written requests and misapplication of payments.

- **TILA, 15 U.S.C. § 1639f:** Failure to credit payments as of the date received.

- **N.C. Gen. Stat. § 53-244.111:** North Carolina Mortgage Servicer Act (prohibiting unfair servicing practices).

- **N.C. Gen. Stat. § 75-1.1:** Engaging in unfair and deceptive trade practices.

11. Plaintiff has **suffered financial harm**, **emotional distress**, and potentially faces **wrongful foreclosure** proceedings as a direct result of Defendant's unlawful conduct.

## CLAIMS FOR RELIEF

**Count I – Violation of RESPA**
**Count II – Violation of TILA**
**Count III – Violation of N.C. Gen. Stat. § 75-1.1 (Unfair & Deceptive Trade Practices)**
**Count IV – Wrongful Foreclosure**
**Count V – Breach of Contract and Covenant of Good Faith & Fair Dealing**

## RELIEF REQUESTED

Plaintiff respectfully requests the Court:

1. Issue a **Temporary Restraining Order (TRO) and Preliminary Injunction** halting fees, liens, other legal action, and foreclosure proceedings.

2. Order LoanDepot to **properly credit all payments received** and provide a full accounting of payments submitted by the Plaintiff.

3. Award **actual damages, statutory damages, and treble damages** under N.C. Gen. Stat. § 75-16 for $250,000.00 per infraction.

4. Award **attorney's fees and legal costs** to be paid by the Defendant.

5. Grant such other relief as this Court deems just and proper.

Respectfully submitted this      2      day of      October      , 2025

**CHRISTOPHER TODD SANDERS, Executor**
110 Wenonah Way
Durham, NC 27713
240-997-0016
tdsan@itcloudsec.com